1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ZANE J. KIRBY, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MCMENAMINS, INC., an Oregon Domestic Business Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | No.<br><br>NOTICE OF REMOVAL OF CIVIL ACTION |

TO:     Zane J. Kirby, Plaintiff, and his counsel of record

AND TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Pursuant to 28 U.S.C. § 1332 and § 1441, Defendant McMenamins, Inc. ("McMenamins") hereby gives notice of its removal of this civil action, titled *Zane J. Kirby v. McMenamins, Inc., et al.*, Cause No. 22-2-00090-21, from the Lewis County Superior Court of the State of Washington to the United States District Court for the Western District of Washington (at Seattle). A true and correct copy of the Complaint is filed herewith as Attachment A. The grounds for removal are as follows:

NOTICE OF REMOVAL OF CIVIL ACTION - 1

1. On February 14, 2022, McMenamins was served with the summons and complaint in this case. Declaration of Lisa Kinsley ("Kinsley Decl."), ¶ 4.

2. The complaint asserts claims for statutory rest and meal breaks, double damages, prejudgment interest and attorney's fees. Complaint, at 10 ¶¶ A-G.

3. Plaintiff Zane Kirby is a resident of the State of Washington. *Id*. at 2 ¶ 4.

4. McMenamins is an Oregon corporation with its headquarters and principal place of business in Oregon. Kinsley Decl., ¶ 2.

5. The parties are diverse under 28 U.S.C. § 1332 and 28 U.S.C. § 1441, and the amount in controversy exceeds $75,000.

6. In accordance with 28 U.S.C. § 1446(d), copies of this Notice of Removal will be served on the Plaintiff and filed with the Clerk of the Superior Court for the State of Washington for Lewis County.

7. Defendant does not waive any defense to the Complaint, including but not limited to lack of service, improper service, lack of standing or lack of personal jurisdiction.

//
//
//

NOTICE OF REMOVAL OF CIVIL ACTION - 2

| | |
|---|---|
| 1 | |
| 2 | DATED: March 16, 2022. |
| | STOEL RIVES LLP |

*s/Christopher T. Wall*
Christopher T. Wall, WSBA No. 45873

*s/Jacqueline Middleton*
Jacqueline Middleton, WSBA No. 52636

600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500
christopher.wall@stoel.com
jacqueline.middleton@stoel.com

*s/Karen L. O'Connor*
Karen L. O'Connor, WSBA No. 27012
760 SW 9th Avenue, Suite 3000
Portland, OR  97205
karen.oconnor@stoel.com

Attorneys for Defendant

NOTICE OF REMOVAL OF CIVIL ACTION - 3

## CERTIFICATE OF SERVICE

I, Debbie Dern, certify that at all times mentioned herein, I was and am a resident of the state of Washington, over the age of eighteen years, not a party to the proceeding or interested therein, and competent to be a witness therein. My business address is that of Stoel Rives LLP, 3600 One Union Square, 600 University Street, Seattle, Washington 98101.

On March 16, 2022, I caused a copy of the foregoing document to be served upon the following individuals, in the manner indicated below:

| | |
|---|---|
| Tatiana Hernandez<br>Law Offices of Tatiana Hernandez, P.C.<br>1180 South Beverly Drive, Ste 610<br>Los Angeles, CA 90035 | ☒ hand delivery via legal messenger<br>☐ overnight delivery<br>☐ mailing with postage prepaid<br>☐ Email:<br>   tatiana@thlawpc.com |
| Craig J. Ackerman<br>Brian Denlinger<br>Ackermann & Tilajef, P.C.<br>2602 North Proctor Street, Ste 205<br>Tacoma, WA 98406 | ☒ hand delivery via legal messenger<br>☐ overnight delivery<br>☐ mailing with postage prepaid<br>☐ Email:<br>   cja@ackermanntilajef.com<br>   bd@ackermanntilajef.com |

DATED: March 16, 2022 at Seattle, Washington.

STOEL RIVES LLP

*s/Debbie Dern*
Debbie Dern, Legal Practice Assistant

NOTICE OF REMOVAL OF CIVIL ACTION - 4